UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| GISSING NORTH AMERICA LLC<br>*f/k/a Conform Gissing International, LLC* | Chapter 7<br>Case No. 22-46160-lsg<br>Hon. Lisa S. Gretchko |
| Debtors[1]. _____/ | |
| KENNETH NATHAN, Trustee,<br><br>        Plaintiff,<br>v.<br><br>TERMAX COMPANY,<br><br>        Defendant.<br>_____/ | Adv. Pro. No. 24−04332−lsg<br>Hon. Lisa S. Gretchko |

**CERTIFICATE OF SERVICE OF SUMMONS
COMPLAINT, AND ORDER ESTABLISHING PROCEDURES
<u>GOVERNING AVOIDANCE ACTION ADVERSARY PROCEEDINGS</u>**

I, David P. Miller of OSIPOV BIGELMAN, P.C., 20700 Civic Center Drive, Suite 420, Southfield, MI 48076 certify That I am, and at all times hereinafter mentioned was, more than 18 years of age; That on August 7, 2024, I served a copy of the SUMMONS, together with a copy of the COMPLAINT, and ORDER ESTABLISHING PROCEDURES GOVERNING AVOIDANCE ACTION ADVERSARY PROCEEDINGS (Main Case ECF No. 863) by First Class Mail on the following:

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175

Page **1** of **2**

TERMAX COMPANY
c/o CSC-LAWYERS INCORPORATING SERVICE (COMPANY), Registered Agent
3410 Belle Chase Way, Ste 600
Lansing, MI 48911

I certify under penalty of perjury that the foregoing is true and correct.

                                                    Respectfully Submitted,

                                                  **OSIPOV BIGELMAN, P.C.**

Dated: August 7, 2024              /s/ David P. Miller
                                                 DAVID MILLER (P79911)
                                                 JEFFREY H. BIGELMAN (P61755)
                                                 Attorneys for Trustee
                                                 20700 Civic Center Drive, Ste. 420
                                                 Southfield, MI 48076
                                                 Phone: (248) 663-1800 Fax: (248) 663-1801
                                                 Email: dm@osbig.com / jhb@osbig.com