# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**

| | |
|---|---|
| GISSING NORTH AMERICA LLC | Chapter 7 |
|     *f/k/a Conform Gissing International, LLC* | Case No. 22-46160-lsg |
| | Hon. Lisa S. Gretchko |
|                           Debtors[1]. | |
| _____/ | |

KENNETH NATHAN, Trustee,

        Plaintiff,                                        Adv. Pro. No. 24−04332−lsg

v.                                                            Hon. Lisa S. Gretchko

TERMAX COMPANY,

        Defendant.
_____/

## STIPULATED ORDER EXTENDING TIME FOR TERMAX COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

THIS MATTER came before the Court upon stipulation ("Stipulation"; ECF No. 11) between Plaintiff Kenneth Nathan, Chapter 7 Trustee, and Defendant Termax Company consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause for entry of this Order.

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175

NOW, THEREFORE, IT IS HEREBY ORDERED that Termax Company has until and through November 6, 2024 to file an answer or otherwise respond to the Complaint (ECF No. 1) in the above-captioned adversary proceeding.

**Signed on October 7, 2024**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko
United States Bankruptcy Judge**