# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| GISSING NORTH AMERICA LLC<br>    *f/k/a Conform Gissing International, LLC* | Chapter 7<br>Case No. 22-46160-lsg<br>Hon. Lisa S. Gretchko |
|                     Debtors[1]. | |

_____/

KENNETH NATHAN, Trustee,

        Plaintiff,                               Adv. Pro. No. 24−04332−lsg

v.                                                          Hon. Lisa S. Gretchko

TERMAX COMPANY,

        Defendant.

_____/

## STIPULATION TO ENTRY OF ORDER
## DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

NOW COMES, Plaintiff Kenneth Nathan, Chapter 7 Trustee, and Defendant, Termax Company, by and through their undersigned attorneys, and the parties hereby stipulate and agree to entry of an order dismissing this adversary proceeding with prejudice and without costs, and respectfully request this Court enter the Order attached hereto as **Exhibit A**.

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175

**AGREED:**

| **OSIPOV BIGELMAN, P.C.** | **TAFT STETTINIUS & HOLLISTER LLP** |
|---|---|
| */s/ David P. Miller* | /s/ *Kimberly R. Clayson (with Consent)* |
| DAVID P. MILLER (P79911) | KIMBERLY R. CLAYSON (P69804) |
| JEFFREY H. BIGELMAN (P61755) | Attorney for Defendant |
| Attorneys for Plaintiff | 27777 Franklin Rd Ste 2500 |
| 20700 Civic Center Dr., Ste. 420 | Southfield, MI 48034-8222 |
| Southfield, MI 48076 | (248) 727-1635 |
| (248) 663-1800 | kclayson@taftlaw.com |
| dm@osbig.com / jhb@osbig.com | |
| Dated: February 5, 2025 | Dated: February 5, 2025 |

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**IN THE MATTER OF:**

| | |
|---|---|
| GISSING NORTH AMERICA LLC | Chapter 7 |
|     *f/k/a Conform Gissing International, LLC* | Case No. 22-46160-lsg |
| | Hon. Lisa S. Gretchko |
| Debtors[2]. | |
| _____/ | |

KENNETH NATHAN, Trustee,

| | |
|---|---|
|     Plaintiff, | Adv. Pro. No. 24−04332−lsg |
| v. | Hon. Lisa S. Gretchko |

TERMAX COMPANY,

    Defendant.
_____/

## [*proposed*]
## ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

THIS MATTER came before the Court upon the stipulation ("Stipulation"; ECF No. __) between Plaintiff and Defendant consenting to the terms of this Order. The Court reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

---

[2] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this adversary proceeding is DISMISSED with prejudice, without assessment of any costs or fees to either party.