# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**

| | |
|---|---|
| GISSING NORTH AMERICA LLC | Chapter 7 |
|     *f/k/a Conform Gissing International, LLC* | Case No. 22-46160-lsg |
| | Hon. Lisa S. Gretchko |
|                    Debtors[1]. | |
| _____/ | |

KENNETH NATHAN, Trustee,

        Plaintiff,                         Adv. Pro. No. 24−04332−lsg

v.                                                     Hon. Lisa S. Gretchko

TERMAX COMPANY,

        Defendant.

_____/

## STIPULATED ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

THIS MATTER came before the Court upon the stipulation ("Stipulation"; ECF No. 18) between Plaintiff and Defendant consenting to the terms of this Order. The Court reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this adversary

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175.

proceeding is DISMISSED with prejudice, without assessment of any costs or fees to either party.

**Signed on February 5, 2025**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge